**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-2066

OLIVER WENDELL WATSON, JR.,

Plaintiff - Appellant,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Senior District Judge. (5:09-cv-00071-FPS-JSK)

Submitted: February 24, 2011          Decided: March 16, 2011

Before NIEMEYER, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Oliver Wendell Watson, Jr., Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia; Beverly Hope Zuckerman, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oliver Wendell Watson, Jr., appeals the district court's order adopting the magistrate judge's recommendation and dismissing his disability insurance benefits claim with prejudice and his supplemental security income benefits claim without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Watson v. Astrue</u>, No. 5:09-cv-00071-FPS-JSK (N.D. W. Va. Sept. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2